IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JULIO CESAR POMBOZA PINTO,<br><br>          Petitioner,<br><br>vs.<br><br>PAMELA BONDI, Attorney General, et al.,<br><br>          Respondents. | 0:26-CV-622<br><br>ORDER |

      The government has moved to dismiss the pending petition for writ of habeas corpus, filing 1, or, in the alternative, to transfer the petition to the Western District of Texas. Filing 6. The government relies on the general principle that habeas jurisdiction lies in the district of confinement, *e.g., Trump v. J.G.G.*, 604 U.S. 670, 672 (2025); *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004), and the petitioner is located in El Paso, Texas. *See* filing 1.

      The petitioner asserts exceptions to the so-called district of confinement rule apply in this case. Filing 8 at 4. The exceptions asserted have been applied where a petition is filed when the petitioner's location is unknown at the time of filing. *E.g., Ozturk v. Trump*, 777 F. Supp. 3d 26, 31 (D. Mass. 2025); *Suri v. Trump*, 785 F. Supp. 3d 128, 136 (E.D. Va. 2025); *Aleksander B. v. Trump*, No. 26-cv-170, 2026 WL 172435, at *1 (D. Minn. Jan. 22, 2026).

      This petition, however, indicates that counsel knew the petitioner had been transferred to Texas at the time of filing. *See* filing 1 at 3. The circumstances under which the government relocated him are not a basis for this Court to exercise jurisdiction. *See Padilla*, 542 U.S. at 454 ("There is no indication that the Government refused to tell [petitioner's] lawyer where he had been taken. The original petition demonstrates that the lawyer knew

where [petitioner] was being held at that time . . . . In these circumstances, the basic rules apply"). Instead, the appropriate action is to transfer this case to the Western District of Texas for prompt resolution. Accordingly,

IT IS ORDERED:

1. The government's motion to transfer (filing 6) is granted.

2. The petitioner's motion for an order to show cause (filing 5) is denied.

3. The Clerk of the Court is directed to transfer this case to the United States District Court for the Western District of Texas.

Dated this 29th day of January, 2026.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge